UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **NIKKI HUGHES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:05-CV-420 |
| ) | (Phillips) |
| **RIPLEY'S AQUARIUM OF THE SMOKIES,** and ) | |
| **MARSH CANADA LTD.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

On September 29, 2006 plaintiff was ordered to obtain new counsel or file a notice with the court that she would be proceeding *pro se* in this matter. Plaintiff has failed to comply with the court's order, indicating to the undersigned that she has no interest in prosecuting this action. Accordingly, this case is **DISMISSED** for failure to prosecute.

The final pretrial conference scheduled for March 5, 2007 and the trial scheduled for March 15, 2007 are **CANCELLED.**

**ENTER:**

　　　s/ Thomas W. Phillips　　　
United States District Judge